**Dananai A. McCARTHY, Appellant,**

v.

**Captain PATREY; Lt. Carter; Sheriff Ferguson; Nurse Sue McDonald, Appellees.**

**No. 08–1414.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 30, 2008.

Filed: Jan. 16, 2009.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Dananai A. McCarthy appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. McCarthy has provided no basis for overturning the district court's well-reasoned opinion, and we find none. *See Popoalii v. Corr. Med. Servs.,* 512 F.3d 488, 499 (8th Cir.2008) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.